■ In the Matter of WILLIAM UNTERMAN, Individually and on Behalf of His Wife, LOUISE UNTERMAN, and Another, Petitioner, v NOAH WEINBERG, as Commissioner of the Rockland County Department of Social Services, et al., Respondents.—Proceedings pursuant to CPLR article 78, *inter alia,* to review a determination of the respondent State Commissioner of Social Services, dated November 15, 1978 and made after a statutory fair hearing, which affirmed a determination of the local agency to discontinue the grant of aid to petitioner, his wife and one minor dependent child. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination of the State commissioner was supported by substantial evidence. Lazer, J. P., Mangano, Gibbons and Cohalan, JJ., concur.

■ In the Matter of VINCENT VITOLO, Appellant, v ELAINE VITOLO, Respondent.—In a proceeding pursuant to article 4 of the Family Court Act, the petitioner husband appeals from so much of an order of the Family Court, Rockland County, dated April 18, 1979, as, after a hearing, directed him to pay the sum of $75 per week as alimony to his former wife. Order modified, on the law, by reducing the alimony award to $50 per week. As so modified, order affirmed, insofar as appealed from, without costs or disbursements. The Family Court found that the respondent wife requires at least $600 per month to meet her needs, and that her monthly income is $433. In view of these findings, the court's alimony award of $75 per week was excessive. Mollen, P. J., Titone, Martuscello and O'Connor, JJ., concur.